UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAROLINE M. FONVIELLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:23-CV-1300-D** |
| | ) | |
| SPECIALIZED LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES AS MOOT defendant's motion to dismiss [D.E. 6], GRANTS defendant's motion to dismiss [D.E. 16], and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint [D.E. 12].

**This Judgment Filed and Entered on March 13, 2024, and Copies To:**

Caroline M. Fonvielle   (via US Mail to 3261 Camden Circle, Wilmington, NC 28403)

Hannah D. Kays   (via CM/ECF electronic notification)

DATE: March 13, 2024   PETER A. MOORE, JR., CLERK

(By) /s/ Stephanie Mann
Deputy Clerk